**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| **DEBRA ELIZABETH ANDREWS** | **PLAINTIFF** |
| **vs.** | **CIVIL ACTION No.: 3:22-CV-00276-HTW-LGI** |
| **1788 CHICKEN, LLC D/B/A ZAXBY'S
AND JOHN DOES 1-10** | **DEFENDANTS** |

---

**ORDER OF DISMISSAL**

---

On August 20, 2025, counsel of record notified this Court that the parties have reached a settlement in this matter. This Court, desiring to remove this matter from its active docket—and to permit the parties to finalize their paperwork without pending deadlines advancing—accordingly:

**ORDERS** that this case hereby is **DISMISSED WITHOUT PREJUDICE**. The parties shall submit a Final Agreed Judgment within sixty (60) days of this order. The parties may request additional time to finalize the settlement agreement, if necessary.

This Court specifically retains jurisdiction to enforce the settlement agreement. If any party fails to consummate this resolution within sixty (60) days of this order, any aggrieved party may reopen the case for enforcement of the settlement agreement; and, if such motion is successful, this Court shall award any such aggrieved party all additional attorney fees and costs from the date of this order against the party failing to consummate the agreement.

**SO ORDERED AND ADJUDGED this the  21st  day of      August    , 2025.**

**/s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**